UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LYNETTE S. PIERCE,

               Plaintiff,

   - against -

RENZO B. FERNANDEZ, ET AL.,

               Defendants.

23-cv-5950 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by September 26, 2023.

SO ORDERED.

Dated:    New York, New York
           September 12, 2023

                                          John G. Koeltl
                                      United States District Judge